**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

Federal Trade Commission,
State of Florida,
State of Indiana,
State of Iowa,
State of Montana,
State of Nebraska,
State of Texas,
State of Utah,
State of West Virginia,

      Plaintiffs,

        v.

Dentsu US, Inc.,
GroupM Worldwide LLC (d/b/a WPP
Media),
Publicis, Inc.

      Defendants.

Case No.: 4:26-cv-469

**JOINT MOTION TO ENTER [PROPOSED] FINAL ORDER AND STIPULATED**
**PERMANENT INJUNCTION AS TO DENTSU US, INC.**

The Federal Trade Commission ("FTC" or "Commission"), the States of Florida, Indiana,

Iowa, Montana, Nebraska, Texas, Utah, and West Virginia (the "States") (together with the

Commission, "Plaintiffs"), and Defendant Dentsu US, Inc. ("Dentsu"), respectfully submit the

attached proposed Stipulated Order for Permanent Injunction and Other Relief ("Stipulated Final

Order") to fully resolve this matter.

The Complaint alleges that Defendant Dentsu violated Section 1 of the Sherman Act, 15

U.S.C. § 1, and Section 5 of the FTC Act, as amended, 15 U.S.C. § 45, concerning Defendants'

agreement to act collectively in ways that harmed competition and, thus, Defendant Dentsu engaged in unfair methods of competition. *See* Doc. No. 1. Defendant Dentsu neither admits nor denies any of the allegations in the Complaint, except as specifically stated in the [Proposed] Final Order and Stipulated Permanent Injunction, and that only for purposes of this action, it admits the facts necessary to establish jurisdiction.

The [Proposed] Final Order and Stipulated Permanent Injunction would enjoin the alleged practices. The [Proposed] Final Order and Stipulated Permanent Injunction were signed by Defendant Dentsu, Defendant's counsel, and Plaintiffs' counsel. Plaintiffs and Defendant Dentsu respectfully request that this Court enter the Stipulated Final Order.

Dated: April 15, 2026                      Respectfully submitted,

                                           /s/ Justin Epner
                                           JUSTIN EPNER
Of Counsel:                                Bar Number: DC Bar # 1028431
                                           Ph: (202) 326-2942; jepner@ftc.gov
DANIEL GUARNERA                            NICHOLAS BUSH
Director                                   Bar Number: DC Bar # 1011001
                                           Ph: (202) 326-2848; nbush@ftc.gov
KELSE MOEN                                 CASSANDRA EHLY
Deputy Director                            Bar Number: DC Bar # 90034416
                                           Ph: (202) 326-2975; cehly@ftc.gov
Federal Trade Commission                   LINCOLN MAYER
Bureau of Competition                      Bar Number: DC Bar # 992050
                                           Ph: (202) 326-3324; lmayer@ftc.gov
                                           THEODORE ZANG
                                           Bar Number: NY Bar # 2186518
                                           Ph: (212) 607-2816; tzang@ftc.gov

                                           Attorneys
                                           Federal Trade Commission
                                           600 Pennsylvania Avenue, N.W.
                                           Washington, DC 20580

                                           PATRICIA GALVAN
                                           Assistant Director

                                           HELDER AGOSTINHO
                                           Deputy Assistant Director

                                           Technology Enforcement Division, Bureau of
                                           Competition

                                           /s/ Anne LeJeune
                                           ANNE LEJEUNE
                                           Texas Bar No. 24054286
                                           (Local Counsel)
                                           Ph: (214) 979-9371; alejeune@ftc.gov
                                           Federal Trade Commission
                                           1999 Bryan Street, Suite 2150
                                           Dallas, Texas 75201
                                           Facsimile: (214) 953-3079

                                           *Attorneys for Plaintiff Federal Trade Commission*

FOR PLAINTIFF STATE OF FLORIDA:


JAMES UTHMEIER
Attorney General, State of Florida

JASON HILBORN
Deputy Attorney General for Civil Enforcement

<u>/s/ *Lizabeth Brady*</u>                                    Dated: April 15, 2026
Lizabeth Brady
Director, Antitrust Division
Florida Bar No. 457991
Colin Fraser
Senior Assistant Attorney General
Florida Bar No. 104741

Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Email: Liz.Brady@myfloridalegal.com
Email: Colin.Fraser@myfloridalegal.com

*Counsel for Plaintiff State of Florida*

FOR PLAINTIFF STATE OF INDIANA:

THEODORE E. ROKITA
ATTORNEY GENERAL OF INDIANA
Attorney No. 18857-49

/s/ *Scott L. Barnhart*                                    Dated: April 15, 2026
Scott L. Barnhart, Atty. No. 25474-82
Chief Counsel and Director of Consumer Protection

OFFICE OF INDIANA ATTORNEY
GENERAL TODD ROKITA
Indiana Government Center South, 5th Floor,
302 W. Washington Street
Indianapolis, IN 46204
Tel.: (317) 232-6309
Email: Scott.Barnhart@atg.in.gov

/s/ *Jesse Moore*
Jesse Moore, Atty. No. 37654-49
Deputy Attorney General

OFFICE OF INDIANA ATTORNEY
GENERAL TODD ROKITA
Indiana Government Center South, 5th Floor,
302 W. Washington Street
Indianapolis, IN 46204
Phone: (317) 232-4956
Fax: (317) 232-7979
Email: Jesse.Moore@atg.in.gov

*Counsel for Plaintiff State of Indiana*

FOR PLAINTIFF STATE OF IOWA:

BRENNA BIRD
Attorney General, State of Iowa

/s/ *Daniel L. Barnes*                                    Dated: April 15, 2026
Daniel L. Barnes (AT0015826)
Deputy Attorney General for Consumer Protection

Office of Iowa Attorney General Brenna Bird
1305 E. Walnut St. Des Moines, Iowa 50319
Tel.: (515) 281-8772
Email: daniel.barnes@ag.iowa.gov

*Counsel for Plaintiff State of Iowa*

FOR PLAINTIFF STATE OF MONTANA:

AUSTIN KNUDSEN
Attorney General of Montana

*/s/ Brent Mead*                                        Dated: April 15, 2026
Brent Mead (MT #68035000)
*Deputy Solicitor General*

MONTANA DEPARTMENT OF JUSTICE
215 North Sanders
P.O. Box 200151
Helena, MT 59620-0151
(406) 444-2026
brent.mead2@mt.gov

*Counsel for Plaintiff State of Montana*

FOR PLAINTIFF STATE OF NEBRASKA:


MICHAEL T. HILGERS
Attorney General of Nebraska

/s/ *Cody S. Barnett*                                             Dated: April 15, 2026
Cody S. Barnett
Solicitor General

Nebraska Department of Justice
1445 K Street, Room 2115
Lincoln, Nebraska 68508
Tel.: (402) 471-2683
Email: cody.barnett@nebraska.gov

*Counsel for Plaintiff State of Nebraska*

8

FOR PLAINTIFF STATE OF TEXAS:

KEN PAXTON
Attorney General

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil
Litigation

Office of the Texas Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 936-1162
Fax: (512) 473-8301
thomas.york@oag.texas.gov
amber.fly@oag.texas.gov
kay.dannenmaier@oag.texas.gov

THOMAS D. YORK
Chief, Antitrust Division
Texas State Bar No. 24095531

/s/ *Katherine S. Dannenmaier*
KATHERINE S. DANNENMAIER
Assistant Attorney General, Antitrust Division
Texas State Bar No. 24125093

AMBER L. FLY
Assistant Attorney General,
Antitrust Division
Texas State Bar No. 24101761

*Counsel for Plaintiff State of Texas*

Dated: April 15, 2026

9

FOR PLAINTIFF STATE OF UTAH:

DEREK BROWN
Attorney General of Utah

*/s/ Marie W.L. Martin*                                    Dated: April 15, 2026
Douglas Crapo (14620)
Deputy Attorney General
Marie W.L. Martin (18712)
Division Director
160 E. 300 S., 5th Floor
PO Box 140830
Salt Lake City, UT 84114
(801) 366-0310
dcrapo@agutah.gov
mwmartin@agutah.gov

*Counsel for Plaintiff State of Utah*

FOR PLAINTIFF STATE OF WEST VIRGINIA:

JOHN B. MCCUSKEY
Attorney General of West Virginia

*/s/ Douglas L. Davis*                                    Dated: April 15, 2026
Douglas L. Davis
Senior Assistant Attorney General
West Virginia Attorney General's Office
P.O. Box 1789
Charleston, WV 25326
Phone: (304) 558-8986
Fax:    (304) 558-0184
douglas.l.davis@wvago.gov

*Counsel for Plaintiff State of West Virginia*

11

FOR DEFENDANT DENTSU US, INC.:

Dated: April 15, 2026          */s/ Noah Joshua Phillips*
                              Noah Joshua Phillips
                              nphillips@cravath.com
                              **CRAVATH, SWAINE & MOORE LLP**
                              1601 K Street NW
                              Washington, D.C. 20006
                              Telephone: (202) 869-7700
                              Facsimile: (202) 869-7600

CERTIFICATE OF CONFERENCE

Counsel for Plaintiff Federal Trade Commission has conferred with counsel for Plaintiff States and Defendant Dentsu regarding the foregoing Joint Motion to Enter Stipulated Order for Permanent Injunction and Other Relief, and this joint motion is unopposed.


Dated: April 15, 2026                                    */s/ Anne LeJeune*
                                                          Anne LeJeune


CERTIFICATE OF SERVICE

I hereby certify that Plaintiff Federal Trade Commission has provided true and correct copies of the foregoing document to all Plaintiff States' counsel of record via email and to Defendants by United States mail and by email at the following addresses:

Noah Joshua Phillips
Cravath Swaine & Moore LLP
1601 K Street NW
Washington, D.C. 20006
Email: nphillips@cravath.com

David B. Anders
Wachtell Lipton Rosen & Katz
51 West 52nd Street
New York, NY 10019
Email: DBAnders@wlrk.com

Dominic Vote
Wilmer Cutler Pickering Hale and Dorr LLP
2100 Pennsylvania Avenue, N.W.
Washington, DC 20037
Email: dominic.vote@wilmerhale.com


Dated: April 15, 2026                                    */s/ Anne LeJeune*
                                                          Anne LeJeune


13