UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**FEDERAL TRADE COMMISSION, ET AL.,**

Plaintiffs,

v.                                                    **No. 4:26-cv-00469-P**

**DENTSU US, INC., ET AL.,**

Defendants.

## ORDER

This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Court's Orders on this same day this case is **DISMISSED with prejudice**. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

**SO ORDERED** on this **15th day of April 2026.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE